JOHN H. DANIELS, Appellant, v. FLORA P. DANIELS and Another, Respondents.

Appeal from a judgment of the Supreme Court, entered in the Erie county clerk's office on the 1st day of November, 1917, dismissing the plaintiff's complaint.

PER CURIAM: We are of the opinion that none of the rulings of which plaintiff complains, excluding testimony, constitute reversible error. The nature of the testimony was such that if received it would not have led to a different result. All concurred. Judgment affirmed, with costs.